**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) **CRIMINAL NO. 2:03-CR-41-DBH-04** |
| | ) |
| **GEORGE WASHINGTON,** | ) |
| **DEFENDANT** | ) |

**ORDER ON DEFENDANT'S MOTIONS FOR RECONSIDERATION**

The defendant has filed two motions for reconsideration of my Order on Defendant's Motion to Reduce Sentence under 18 U.S.C. § 3582(c)(1)(B), on account of the Fair Sentencing Act's reduction of penalties for crack cocaine offenses. For the reasons stated in that Order, the motions for reconsideration are **DENIED**.

**SO ORDERED.**

**DATED THIS 13TH DAY OF JANUARY, 2012**

/S/ D. BROCK HORNBY  
**D. BROCK HORNBY**  
**UNITED STATES DISTRICT JUDGE**