**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO. 2:03-CR-41-DBH-04** |
| | ) | **CIVIL NO. 2:13-CV-294-DBH** |
| **GEORGE WASHINGTON,** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

**ORDER DENYING A CERTIFICATE OF APPEALABILITY**

In response to the Court of Appeals for the First Circuit's order of December 18, 2013, I **DENY** a certificate of appealability. As the Magistrate Judge recommended and I affirmed on October 15, 2013, the defendant/petitioner's proper recourse is to file a motion in the court of appeals pursuant to 18 U.S.C. § 2244(b)(3)(A), not to appeal this court's order that it does not have jurisdiction for what is a second or successive motion.

**SO ORDERED.**

**DATED THIS 19TH DAY OF DECEMBER, 2013**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**